```
 1  LAQUER, URBAN, CLIFFORD & HODGE LLP
    Christopher M. Laquer, Esq., State Bar No. 068355
 2  James L. Reynolds, Esq., State Bar No. 115193
    225 South Lake Avenue, Suite 200
 3  Pasadena, California  91101-3030
    Telephone: (626) 449-1882
 4  Facsimile: (626) 449-1958
    E-Mail:     Reynolds@luch.com
 5
    Counsel for Plaintiffs,
 6  Trustees of the Operating Engineers Pension
    Trust, et al.
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PLEASANT VALLEY EXCAVATION INC., a California corporation, <br><br> Defendant. | Case No.: CV 06-00229 JSL (FMOx) <br><br> ASSIGNED TO HONORABLE JUDGE J. SPENCER LETTS <br><br> **JUDGMENT** <br><br> <u>HEARING DATE</u> <br> Date: NO HEARING REQUIRED <br> Time: NO HEARING REQUIRED <br> Crtm: 4 <br> Judge J. Spencer Letts <br> United States Courthouse <br> 312 N. Spring Street <br> Los Angeles, California 90012 <br><br> <u>KEY DATES</u> <br> Discovery Cutoff: August 15, 2006 <br> Pre-Trial:        January 3, 2007 <br> Trial:            January 16, 2007 |

TO ALL PARTIES, AND THEIR RESPECTIVE LEGAL COUNSEL OF RECORD:

FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, jointly and severally, shall recover from Defendant Pleasant Valley Excavation, Inc., a

49774.1

1  California corporation, the amount of One Hundred Eighty Thousand,
2  Two Hundred Forty-Six and 10/100 Dollars ($180,246.10), plus post-
3  judgment interest thereon at the rate of five percent (5%), per
4  annum, from the date of entry of judgment, until paid in full.
5  Dated:__Dec. 15, 2008

                                    _____
                                    HONORABLE JUDGE J. SPENCER LETTS
                                    DISTRICT COURT OF THE UNITED STATES

Presented By:

Laquer, Urban, Clifford & Hodge LLP


By: /S/ - *Marija Kristich Decker*
    Christopher M. Laquer, Esq.
    Marija Kristich Decker, Esq.
     Counsel for Plaintiffs

49774.1